UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DELA CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUECREW LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-07353-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: December 8, 2022

_____
WILLIAM H. ORRICK
United States District Judge